**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DON LAMAR LOVE** **PETITIONER**

**v.** **NO. 4:26-cv-00567-LPR-PSH**

**DEXTER PAYNE** **RESPONDENT**

ORDER

On August 13, 2026, respondent Dexter Payne ("Payne") filed a response to the petition for writ of habeas corpus filed by petitioner Don Lamar Love ("Love"). In the response, Payne represented that he mailed a copy of his response and its exhibits to Love at his Grady, Arkansas, address on August 13, 2026. See Docket Entry 12 at CM/ECF 16.

On September 2, 2026, Love filed the pending combined motion for copies and an extension of time. See Docket Entry 14. In the motion, he represented that as of August 31, 2026, he had not received a copy of Payne's response. Love asked that he be provided with another copy of the response and its exhibits and his deadline for filing a reply be extended.

Love's combined motion for copies and an extension of time is granted in part and denied in part. Love's request for an extension of time is granted. He is now given up to, and including, **October 12, 2026**, to file a reply to Payne's response.

Love's request for copies is denied for the moment. The Court is not opposed to ordering that Love be provided with another copy of Payne's response and its 482 pages of exhibits; the Court just wants to make certain that Love has not now received the response and its accompanying exhibits. Accordingly, Love is given up to, and including, **September 24, 2026**, to notify the Court if he has now received Payne's response and its exhibits.

IT IS SO ORDERED this10th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE